UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                              CRIMINAL ACTION

VERSUS                                                NO: 09-171

JAMAL DERRICK HUDSON                                  SECTION: R

**ORDER AND REASONS**

Defendant Jamal Hudson requests that this Court recommend to the Attorney General that Hudson be transferred to a prison camp in Texas so that he can be near the location of his appeal.[1] The United States opposes Hudson's request.

Federal Rule of Criminal Procedure 38(b)(2) provides that "[i]f [a] defendant is not released pending appeal, the court may recommend to the Attorney General that the defendant be confined near the place of the trial or appeal for a period reasonably necessary to permit the defendant to assist in preparing the appeal." Hudson states that a transfer would be "more efficient for both the Court and for Hudson," because the prison facility in which he currently resides is located in Duluth, Minnesota, "one of the coldest places in the U.S.," where "mail is always delayed, resulting in slower response times." The United States responds that Hudson has already filed an initial brief and several motions in the Fifth Circuit and thus that a transfer is unnecessary to allow him to conduct his appeal.

Hudson has failed to show a "distinctive need" to be confined in the Fifth Circuit pending his appeal. *United States*

---

[1]   R. Doc. 295.

*v. Dimasi*, Cr. No. 09-10166, 2012 WL 831467, at *1 (D. Mass. Mar. 12, 2012). Indeed, he has proven himself entirely capable of preparing and filing the requisite documents from his location in Minnesota. The Court thus declines to recommend a transfer. *See id.*

    Hudson's motion is DENIED.

    New Orleans, Louisiana, this 7th day of October, 2013.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE